**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LODSYS GROUP, LLC, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 2:13-cv-256-MHS-RSP |
| § § | |
| THE WALT DISNEY COMPANY, § § | |
| Defendant. § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

All claims asserted in this action by and Plaintiff Lodsys Group, LLC against Defendant Disney Online have been settled and, pursuant to Fed. R. Civ. P. 41(a), those parties hereby jointly move the Court to dismiss those claims, with prejudice and with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: April 14, 2014 | Respectfully Submitted |
| By: /s/ Charles E. Phipps<br>Charles E. Phipps<br>State Bar No. 00794457<br>cphipps@lockelord.com<br>M. Scott Fuller<br>State Bar No. 24036607<br>sfuller@lockelord.com<br>Daniel G. Nguyen<br>State Bar No. 24025560<br>dnguyen@lockelord.com<br>**LOCKE LORD LLP**<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201-6776<br>(214) 740-8000 (telephone)<br>(214) 740-8800 (fax)<br><br>**ATTORNEYS FOR DEFENDANT** | By: /s/ Christopher M. Huck<br>Christopher M. Huck<br>(admitted pro hac vice)<br>Michael A. Goldfarb<br>(admitted pro hac vice)<br>Kit W. Roth<br>(admitted pro hac vice)<br>**KELLEY, GOLDFARB,**<br>**HUCK & ROTH, PLLC**<br>700 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>Telephone: 206-452-0260<br>Facsimile: 206-397-3062<br>Email: goldfarb@kdg-law.com<br>      huck@kdg-law.com<br>      roth@kdg-law.com<br><br>William E. Davis III<br>Texas State Bar No. 24047416<br>**THE DAVIS FIRM, PC**<br>111 West Tyler Street<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661<br>Email: bdavis@bdavisfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**LODSYS GROUP, LLC** |

**CERTIFICATE OF CONFERENCE**

The undersigned counsel for Plaintiff, in compliance with Local Rule CV-7(h) and (i), has conferred in a good faith and has reached agreement with Defendant concerning the relief requested in this joint motion. Accordingly, this motion is unopposed by Plaintiff and Defendant.

By:   /s/ Christopher M. Huck
      Christopher M. Huck

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this response was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 14th day of April, 2014.

By:   /s/ Christopher M. Huck
      Christopher M. Huck